450 A.2d 1070

Edwards, Appellants v. Marie.

Argued September 2, 1981.   Nicholas F. Lorenzo, Jr., for appellant; David L. Young, for appellee.

634

Before WICKERSHAM, WIEAND and BECK, JJ.

Judgment affirmed.